<div style="margin-left: sidebar">The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through his Guardian Ad Litem Beverly McIntosh; I.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through her Guardian Ad Litem Beverly McIntosh; R.R., co-successor-in-interest, by and through her Guardian Ad Litem Beverly McIntosh; J.R., by and through her Guardian Ad Litem Jasmine Williams; and Debra Moore, individually, <br><br> Plaintiffs,    v. <br><br> CITY OF ANTIOCH, a municipal corporation; RICK SMITH, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; CHRIS KIDD, individually and in his official capacity as police officer for the CITY OF ANTIOCH; CASEY BROGDEN, individually and in his official capacity as police officer for the CITY OF ANTIOCH; THOMAS SMITH, individually and in his official capacity as police officer for the CITY OF ANTIOCH; BRIAN ROSE, individually and in his official capacity of Police Detective with the CITY OF ANTIOCH; and DOES 1-50, inclusive, individually, jointly and severally. | Case No.: 3:16-cv-03742 <br><br> [PROPOSED] ORDER EXTENDING DEADLINE TO REQUEST LEAVE TO AMEND TO ADD DEFENDANTS <br><br><br> **Honorable Jon S. Tigar** |

## [PROPOSED] ORDER

Good cause being found, COURT ORDERS the following changes:

Deadline to request leave to amend complaint to identify defendants    01/22/2017

Dated: December 28, 2016    _____
                                                HONORABLE JUDGE JON S. TIGAR