NOAH G. BLECHMAN (State Bar No. 197167)
KEREN SCHLANK (State Bar No. 310389)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH; RICK SMITH; CHRIS KIDD; CASEY BROGDEN; THOMAS SMITH; and BRIAN ROSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through his Guardian Ad Litem Beverly McIntosh; I.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through his Guardian Ad Litem Beverly McIntosh; R.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through his Guardian Ad Litem Beverly McIntosh; J.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through her Guardian Ad Litem Jasmine Williams; and Debra Moore, individually, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY OF ANTIOCH, a municipal corporation; RICK SMITH, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; CHRIS KIDD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; CASEY BROGDEN, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; THOMAS SMITH, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; BRIAN ROSE, individually and in his official capacity as a police detective with the CITY OF ANTIOCH; and DOES 1-50, inclusive, individually, jointly and | Case No. C16-03742 JST <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE ADR DEADLINE** <br><br> Dept:   Ctrm 9-19th Flr <br> Judge: Hon. Jon S. Tigar <br> Trial Date: April 2, 2018 |

severally,

Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS the parties are respectfully requesting that the Court continue the current ADR deadline for several months, until after the parties have had sufficient time to conduct basic discovery such as written discovery and some key depositions of parties and/or percipient witnesses.

WHEREAS the ADR deadline in this case is currently set for February 2, 2017, which is insufficient time for the parties to do basic discovery prior to mediation.

WHEREAS the parties are currently in the early stages of discovery in this wrongful death case and the discovery is expected to be extensive.

WHEREAS the parties are in agreement that more time is needed for the exchange of written discovery and taking depositions.

WHEREAS the parties and the assigned mediator are finalizing a potential mediation to occur the week of May 22nd.

WHEREAS good cause exists to continue the ADR deadline to May 31, 2017.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

**IT IS SO STIPULATED.**

JOHN L. BURRIS LAW OFFICES

Dated: January 6, 2017          By: _____/s/ Pointer, Adante D._____

John L. Burris
Adante D. Pointer
Lateef H. Gray
Melissa C. Nold
Attorneys for Plaintiffs

Dated: January 6, 2017

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/Blechman, Noah
Noah G. Blechman
Keren Schlank
Attorneys for Defendants
City of Antioch, Rick Smith, Chis Kidd, Casey Brogden, Thomas Smith, and Brian Rose

## ORDER

**PURSUANT TO THE FOREGOING STIPULATION, THE COURT ORDERS AS FOLLOWS:**

In light of the good cause demonstrated herein, the mediation deadline is hereby continued to May 31, 2017.

**IT IS SO ORDERED**

Dated: January 9, 2017   By: /s/ Jon S. Tigar
Honorable Jon S. Tigar
United States District Judge