NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
KEREN SCHLANK (State Bar No. 310389)
keren.schlank@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH; RICK SMITH; CHRIS KIDD; CASEY BROGDEN; and THOMAS SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through his Guardian Ad Litem Beverly McIntosh; I.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through his Guardian Ad Litem Beverly McIntosh; R.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through his Guardian Ad Litem Beverly McIntosh; J.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through her Guardian Ad Litem Jasmine Williams; and Debra Moore, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, et al.,<br><br>Defendants. | Case No. C16-03742 JST<br><br>**STIPULATED NOTICE OF DISMISSAL AND** ~~**PROPOSED**~~ **ORDER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that Plaintiffs hereby voluntarily dismiss Defendant THOMAS

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

SMITH, only, from this action, with prejudice. Each party agrees to bear their own attorneys' fees and costs in relation to this dismissed party.

IT IS SO STIPULATED.

The parties attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

LAW OFFICES OF JOHN L. BURRIS

Dated: October 9, 2017   By: _____/s/ Melissa C. Nold_____
                              John L. Burris
                              Adante D. Pointer
                              Melissa C. Nold
                              Attorneys for Plaintiffs

Dated: October 9, 2017   MCNAMARA, NEY, BEATTY, SLATTERY,
                         BORGES & AMBACHER LLP

                         By: _____/s/ Noah G. Blechman_____
                              Noah G. Blechman
                              Amy S. Rothman
                              Keren Schlank
                              Attorneys for Defendants
                              CITY OF ANTIOCH; RICK SMITH; CHRIS KIDD; CASEY BROGDEN; and THOMAS SMITH

## ORDER

**PURSUANT TO THE FOREGOING STIPULATION, THE COURT ORDERS AS FOLLOWS:**

It is hereby ORDERED that Defendant THOMAS SMITH, only, is hereby dismissed from this action, with prejudice, each party to bear their own fees and costs with regard to this dismissed party.

**IT IS SO ORDERED**

Dated: ___October 10___, 2017   By: _____
                                     Honorable Jon S. Tigar
                                     United States District Judge