UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ANTIOCH, et al.,<br><br>    Defendants. | Case No. 16-cv-03742-JST<br><br>**ORDER TO RE-FILE DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULE 5-1(e)(2)**<br><br>Re: ECF No. 50 |

Civil Local Rule 5-1(e)(2) requires that: "Documents which the filer has in an electronic format must be converted to PDF from the word processing original, not scanned, to permit text searches and to facilitate transmission and retrieval." The document filed at ECF No. 50 does not comply with this rule. Accordingly, Defendants shall re-file the document within two days of the date of this order. A revised chambers copy need not be submitted.

**IT IS SO ORDERED.**

Dated: December 18, 2017

_____
JON S. TIGAR
United States District Judge