UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF ANTIOCH, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-03742-JST<br><br>**ORDER STRIKING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER VACATING TRIAL DATE**<br><br>Re: ECF No. 55 |

　　　　Currently before the Court is Defendants' motion for summary judgment. ECF No. 50. Plaintiffs filed an opposition, ECF No. 55, and Defendants filed a reply, ECF No. 58.

　　　　As Defendants correctly observe, Plaintiffs' opposition brief is the equivalent of six pages over the limit allowed by the Civil Local Rules. Id. at 20 n.16. Plaintiffs' opposition contains 28 pages of argument, each formatted to contain 31 lines of text. See ECF No. 55. This violates Civil Local Rule 3-4(c)(2), which requires that text "must be double-spaced with no more than 28 lines per page." It also violates Civil Local Rule 7-3(a), which provides that, pursuant to Civil Local Rule 7-4(b), an opposition brief "may not exceed 25 pages of text." Rule 7-4(b) imposes a 25-page limit "[u]nless the Court expressly orders otherwise pursuant to a party's request made prior to the due date." Plaintiffs made no such request.

　　　　The Court strikes Plaintiffs' over-sized opposition brief. Plaintiffs shall file an amended opposition that complies with all Civil Local Rules by January 25, 2018. The amended opposition may not make new arguments or cite additional authority. In addition, Plaintiffs may not circumvent the Local Rules by moving text from the body of the brief to footnotes. Plaintiffs shall file with their amended opposition a separate, redlined version that clearly indicates the additions and deletions from their original opposition brief. If Plaintiffs fail to file a timely

1  amended opposition brief that complies with this order and all Civil Local Rules, the Court may
2  strike the amended opposition and consider the merits of Defendants' motion as if it were
3  unopposed.

4  By February 1, 2018, Defendants shall file either an amended reply or a statement
5  requesting the Court to consider its original reply brief. Such a request will be deemed granted
6  upon filing.

7  In light of the unanticipated enlargement of the briefing schedule, the hearing on
8  Defendants' motion is continued to March 8, 2018, to provide the Court with sufficient time to
9  adequately consider the parties' papers and based on the Court's available hearing dates.

10  The trial date, pretrial conference date, and pretrial statement filing deadline are vacated.
11  The parties shall meet and confer and file a joint statement requesting at least three mutually-
12  agreeable trial dates, in order of preference, by January 23, 2018. Trial will begin on a Monday,
13  no earlier than May 21, 2018.

**IT IS SO ORDERED.**

Dated: January 10, 2018

_____
JON S. TIGAR
United States District Judge