UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| C.R., et al., | Case No. 16-cv-03742-JST |
|---|---|
| Plaintiffs, | |
| v. | **REVISED SCHEDULING ORDER** |
| CITY OF ANTIOCH, et al., | Re: ECF No. 60 |
| Defendants. | |

After considering the parties' jointly proposed new trial dates, ECF No. 60, the Court sets the following dates and deadline:

| Event | Deadline |
|---|---|
| Pretrial conference statement due | January 29, 2019 |
| Pretrial conference | February 8, 2019, at 2:00 p.m. |
| Trial | March 4, 2019, at 8:30 a.m. |
| Estimate of trial length (in days) | 12 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

**IT IS SO ORDERED.**

Dated: January 26, 2018

                                            JON S. TIGAR
                                    United States District Judge