JOHN L. BURRIS, Esq., SBN 69888
ADANTE D. POINTER, Esq., SBN 236229
LATEEF H. GRAY, Esq., SBN 250055
MELISSA C. NOLD, Esq. SBN 301378
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com
Lateef.Gray@johnburrislaw.com
Melissa.Nold@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through his Guardian Ad Litem Beverly McIntosh; I.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through his Guardian Ad Litem Beverly McIntosh; R.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through his Guardian Ad Litem Beverly McIntosh; J.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through her Guardian Ad Litem Jasmine Williams; and Debra Moore, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ANTIOCH, a municipal corporation; RICK SMITH, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; CHRIS KIDD, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; CASEY BROGDEN, individually and in his official capacity as a police officer for the CITY OF ANTIOCH; and DOES 1-50, inclusive, individually, jointly and severally, | Case No.: C16-03742 JST <br><br> **DECLARATION OF DANIEL J. SPITZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Honorable Judge Tigar |

1

Defendants.

I, Daniel J. Spitz, MD declare that to the best of my knowledge and belief the following is true and correct:

1. I am over 18 years old and am competent to testify to the matters set forth below.
2. Attached as **Exhibit 1** is a true and correct copy of my curriculum vitae, a history of trial testimonies, and a fee schedule.
3. On November 2, 2017, I prepared a Rule 26 Expert Report in the above entitled matter.
4. I further declare that my report and my professional opinions therein are based on my thorough review of the list of documentation and evidence described in my report.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 26, 2018, in Mt. Clemens, Michigan.

Dated: 01/10/2018

Daniel J. Spitz, MD

2