NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
CAMEREN N. RIPOLI (State Bar No. 318045)
cameren.ripoli@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH; RICK SMITH; CHRIS KIDD; and
CASEY BROGDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through his Guardian Ad Litem Beverly McIntosh; I.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through his Guardian Ad Litem Beverly McIntosh; R.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through his Guardian Ad Litem Beverly McIntosh; J.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through her Guardian Ad Litem Jasmine Williams; and Debra Moore, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, et al.,<br><br>Defendants. | Case No. C16-03742 JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRETRIAL CONFERENCE ONE WEEK TO FEBRUARY 15, 2019**<br><br>PTC Date: February 8, 2019<br>Trial Date: March 4, 2019 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS the Court has scheduled the Pretrial Conference in this matter for February 8, 2019, with the trial date set for March 4, 2019 (ECF 64).

STIPULATION AND [PROPOSED] ORDER
CONTINUING THE PRETRIAL CONFERENCE -
C16-03742 JST

WHEREAS the parties have agreed to and the Court has ordered that the parties attend a Settlement Conference with Judge Corley and that is now set for January 14, 2019 (ECF 72).

WHEREAS per the current Pretrial Conference date, by January 18, 2019, the parties are required to meet and confer regarding the preparation of the joint pretrial statement, preparation and exchange of pretrial materials, exchange propose exhibits and be well underway in terms of the documents to be served, lodged and filed pursuant to FRCP 26(a)(3), and the narrowing of contested issues, among the other requirements of the Court per Your Honor's Standing Order for Civil Jury Trials. Motions in limine are due filed by January 27th and jury materials and the Joint Pretrial Statement are due by January 29th. The pretrial preparation in this wrongful death case will be extensive.

WHEREAS in light of the fact that this matter is set for a Settlement Conference on January 14th, the parties seek a one week continuance of the Pretrial Conference, from Febraury 8th to February 15th, which will also lead to a one week extension of the pretrial filings. This will give the parties, including the public entity Defendants, a chance to resolve this matter prior to performing the bulk of the pretrial work prior to the Settlement Conference.

WHEREAS, in addition, from January 30th through February 2nd of 2019, all defense counsel will be in San Antonio, Texas attending the Defense Research Institute's annual Civil Rights and Government Liability Seminar, right in the middle of the current pretrial deadlines.

WHEREAS both parties agree that a one week extension of the Pretrial Conference would give the parties adequate time to prepare for and organize the extensive pretrial documents in this matter, if this matter does not resolve at the Settlement Conference.

WHEREAS the trial date of March 4, 2019, will not be changed.

WHEREFORE good cause has been shown to continue the Pretrial Conference from February 8th to Friday, February 15, 2019, at 2 pm in Oakland (1301 Clay Street, Oakland, CA 94612)

We hereby attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

| | |
|---|---|
| Dated: December 18, 2018 | LAW OFFICES OF JOHN L. BURRIS |
| | By: ___/s/ Nold, Melissa___ |
| | John L. Burris |
| | Adante D. Pointer |
| | Melissa C. Nold |
| | Attorneys for Plaintiff |
| | |
| Dated: December 18, 2018 | MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP |
| | By: ___/s/ Blechman, Noah___ |
| | Noah G. Blechman |
| | Attorneys for Defendants |
| | CITY OF ANTIOCH; RICK SMITH; CHRIS KIDD; and CASEY BROGDEN |

## **ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Scheduling Order (ECF No. 64) is revised as follows: The pretrial conference is reset to February 15, 2019, at 2:00 p.m. The joint pretrial conference statement is due by February 5, 2019.

IT IS SO ORDERED.

Dated: December 20, 2018          By: _____
                                  Hon. Jon S. Tigar
                                  District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRETRIAL CONFERENCE - C16-03742 JST

3