||| 1
||| 2
||| 3
||| 4              UNITED STATES DISTRICT COURT
||| 5              NORTHERN DISTRICT OF CALIFORNIA
||| 6

| | |
|---|---|
| C.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through his Guardian Ad Litem Beverly McIntosh; I.R., co-successor-in-interest to Decedent Rakeem Rucks, by and through her Guardian Ad Litem Beverly McIntosh; R.R., co-successor-in-interest, by and through her Guardian Ad Litem Beverly McIntosh; J.R., by and through her Guardian Ad Litem Jasmine Williams; and Debra Moore, individually, <br><br> Plaintiffs, v. <br><br> CITY OF ANTIOCH, a municipal corporation; RICK SMITH, individually and in his official capacity as a police sergeant for the CITY OF ANTIOCH; CHRIS KIDD, individually and in his official capacity as police officer for the CITY OF ANTIOCH; CASEY BROGDEN, individually and in his official capacity as police officer for the CITY OF ANTIOCH; THOMAS SMITH, individually and in his official capacity as police officer for the CITY OF ANTIOCH; BRIAN ROSE, individually and in his official capacity of Police Detective with the CITY OF ANTIOCH; and DOES 1-50, inclusive, individually, jointly and severally. | Case No.: 3:16-cv-03742 <br><br> **[PROPOSED] ORDER DISMISSING PLAINTIFFS' CAUSES OF ACTION FOR ASSAULT AND BATTERY AGAINST ALL DEFENDANTS** <br><br> **Pre-Trial Conference: February 15, 2019** <br><br> **Trial Date: March 4, 2019** <br><br> **HONORABLE JON S. TIGAR** |

**ORDER**

Pursuant to the parties' Stipulation, it is hereby ORDERED that Plaintiffs' state law claims of Assault (7th Cause of Action) and Battery (8th Cause of Action) in their Complaint, are hereby dismissed as against all Defendants, with prejudice. All parties shall bear their own attorney's fees and costs as to these dismissed claims.

**IT IS SO ORDERED.**

February 5, 2019
DATE

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE